# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Joseph W. Denan and Adrienne L. Padgett ,

Plaintiff(s),

v.

Trans Union, LLC,

Defendant(s).

Case No. 18 C 5027
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Trans Union, LLC
and against plaintiff(s) Joseph W. Denan and Adrienne L. Padgett
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion for Judgement on the Pleadings

Date: 2/22/2019                                      Thomas G. Bruton, Clerk of Court

                                                     /s/ Lynn Kandziora, Deputy Clerk